UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BAYER, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>NEUHEISEL LAW FIRM, P.C. and DOES 1 through 10 inclusive,<br><br>    Defendants | CASE NO.: ED CV-13-00343-VAP<br><br>[PROPOSED] ORDER OF DISMISSAL |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party.

/S/ Amir J. Goldstein
Amir J. Goldstein Esq.
Attorney for Plaintiff
The Law Offices of Amir J. Goldstein, Esq.
5455 Wilshire Blvd. Suite 1812
Los Angeles, California 90036
Tel: 323.937.0400
Fax: 866.288.9194

/S/ June C. Coleman
June C. Coleman, Esq.
Attorney for Defendant
Kronick, Moskovitz, Tiedeman & Girard
400 Capitol Mall, 27th Floor
Sacramento, CA 95814
Tel 916.321.4500
Fax 916.321.4555

11/22/13

SO ORDERED:

U.S. District Judge Virginia A. Phillips